**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **TRIJIDIA E. LOMELI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **8:05CV117** |
| | ) | |
| **AMERICAN FAMILY INSURANCE GROUP, AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and JOHN DOES 1-10,** | ) ) ) ) ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

    This case is before the magistrate judge for full pretrial supervision. The court file shows that, on July 19, 2005, counsel for the parties were sent scheduling materials and were directed to file a Rule 26(f) planning report by August 23, 2005. As of September 9, 2005, no planning report had been filed and no party has requested a continuance of the Rule 26(f) reporting deadline.

    **IT THEREFORE IS ORDERED** that the parties shall file their Rule 26(f) planning report by the close of business on September 19, 2004, or show cause by written affidavit why they cannot comply with the court's deadline.

    **DATED September 12, 2005.**

                                **BY THE COURT:**

                                **s/ F.A. Gossett**
                                **United States Magistrate Judge**