IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRIJIDIA ESTRADA LOMELI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CV117 |
| vs. | ) | |
| | ) | ORDER |
| AMERICAN FAMILY INSURANCE GROUP, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**IT IS ORDERED** that Filings Nos. 28 and 29 shall be stricken from the record because incorrect documents were attached. A corrected document/entry (#30) has been filed.

**DATED January 31, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge