IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TRIJIDIA ESTRADA LOMELI,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:05CV117** |
| vs. | ) | |
| | ) | **SCHEDULING ORDER** |
| **AMERICAN FAMILY INSURANCE** | ) | |
| **GROUP, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on plaintiff's Motion to amend the Complaint to add parties (#34). A proposed pleading was not attached to the motion; therefore, plaintiff was given until February 23, 2006 to file an amended motion in compliance with NECivR 15.1. Instead, plaintiff filed an "Amended Complaint."

**IT IS ORDERED**:

1. The court will construe the "Amended Complaint" (#36) as a supplement to the original Motion to Amend (#34).

2. The Clerk shall amend the docket text to reflect that Filing 36 is a "Supplement (Proposed Amended Complaint)" to Filing 34.

3. Defendants are given until March 10, 2006 to respond to plaintiff's motion (#34).

**DATED February 24, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**