IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TRIJIDIA ESTRADA LOMELI,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**AMERICAN FAMILY INSURANCE** )<br>**GROUP, et al.,** )<br>)<br>**Defendants.** ) | **8:05CV117**<br><br>**ORDER** |

    This matter is before the court on plaintiff's Motion to amend the Complaint to add Aleguinda G. Estrada as a defendant (#34). Defendant ("American Family") filed a response (#38) indicating there was no objection to the proposed amendment. To maintain clarity of the record, American Family will be required to respond to the Amended Complaint once it is served.

    Due to scheduling conflicts, the parties also request a continuance of the planning conference now set for March 16, 2006. The request will be granted and the planning conference will be continued to the next available setting, i.e., April 13, 2006 at 11:00 a.m.

    **IT IS ORDERED:**

    1.   Plaintiff's Motion to Amend the Complaint (#34) is granted. Plaintiff shall file and serve the Amended Complaint on or before **March 30, 2006.**

    2.   All defendants shall respond to the amended complaint within the time allowed by Fed. R. Civ. P. 15(a) and/or 12(a).

    3.   The Motion to Alter Order Setting Schedule for Initial Progression of Case (#39) is granted. The planning conference now set for March 16, 2006 is continued to Thursday, **April 13, 2006 at 11:00 a.m.**

    **DATED March 8, 2006.**

                                  **BY THE COURT:**

                                  **s/ F.A. Gossett**
                                  **United States Magistrate Judge**