## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TRIJIDIA ESTRADA LOMELI,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:05CV117** |
| vs. | ) | |
| | ) | **ORDER** |
| **AMERICAN FAMILY INSURANCE GROUP, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on plaintiff's Motion (#42) for an extension of time to serve the Amended Complaint (#41).

Although the court accepts counsel's representation that the motion was not made to hinder, harass or unreasonably delay this proceeding, the Local Rules of Practice, i.e., NECivR 6.1(a)(2), provide that extensions of time be granted for good cause shown. Although this requirement has not been met, I will grant the motion in the interests of justice.

**IT IS ORDERED:**

1.   Plaintiff's motion for extension of time [42] is granted, and plaintiff is given until and including April 13, 2006 to serve the Amended Complaint [41].

2.   This is a final extension.

**DATED March 31, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**