IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRIJIDIA ESTRADA LOMELI, | ) |
| | ) |
| Plaintiff, | ) |
| | )  8:05CV117 |
| vs. | ) |
| | )  ORDER |
| AMERICAN FAMILY INSURANCE | ) |
| GROUP, et al., | ) |
| | ) |
| Defendants. | ) |

During the parties' Rule 16 planning conference, counsel agreed that plaintiff's "MOTION TO AMEND TO CORRECT THE CAPTION" [46] could be resolved by amending the docket text associated with Filing [41].

**IT IS ORDERED** that plaintiff's Motion [46] is granted. The Clerk shall amend the docket text to Filing [41] to reflect that the document is a "FIRST AMENDED COMPLAINT."

**DATED April 13, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**