IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TRIJIDIA ESTRADA LOMELI,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV117 |
| | ) | |
| vs. | ) | **AMENDED** |
| | ) | **ORDER AND** |
| **AMERICAN FAMILY INSURANCE GROUP, et al.,** | ) | **NOTICE OF HEARING** |
| | ) | |
| Defendants. | ) | |

Timothy L. Ashford has filed a MOTION FOR LEAVE TO WITHDRAW as counsel for plaintiff (#45). Because substitute counsel has not entered an appearance, the matter will be set for hearing. Plaintiff, Trijidia Estrada Lomeli, will be required to personally attend this hearing. Plaintiff's counsel has advised the court that all parties are available on Monday, May 22, 2006 at 10:00 a.m.

   **IT IS ORDERED:**

   1.   The motion to withdraw (#45) is set for evidentiary hearing on **Monday, May 22, 2006, at 10:00 a.m.** in Courtroom 6, Roman L. Hruska U.S. Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

   2.   Plaintiff, Trijidia Estrada Lomeli, is required to personally attend the hearing.

   3.   Moving counsel shall, forthwith, serve copies of the Motion to Withdraw and this Order and Notice of Hearing on Trijidia Estrada Lomeli at her last known address **by certified mail, return receipt requested.**

   4.   Moving counsel shall timely file a certificate of service showing compliance with paragraph 3, above, and listing the names and addresses of the persons to whom notice was sent.

   5.   The parties are advised that the evidentiary hearing will not be necessary and will be cancelled if (a) the motion is withdrawn, or (b) plaintiff retains substitute counsel and substitute counsel enters a written appearance before the close of business on Friday, May 19, 2006. The written appearance must be timely filed with the Clerk of the Court. Communication by facsimile or telephone will not satisfy the requirement of a written appearance.

   **DATED April 13, 2006.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**