**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **TRIJIDIA ESTRADA LOMELI,**              )<br>                                                                  )<br>                    **Plaintiff,**                        )<br>                                                                  )<br>        vs.                                                        )<br>                                                                  )<br>**AMERICAN FAMILY INSURANCE**       )<br>**GROUP, et al.,**                                       )<br>                                                                  )<br>                    **Defendants.**                    ) | 8:05CV117<br><br>ORDER |

    This matter came on for hearing on the Motion for Leave to Withdraw (#45) filed by plaintiff's counsel, Timothy L. Ashford.  Present were the plaintiff, Trijidia Estrada Lomeli, Patricia McCormack, counsel for the defendants, and Mr. Ashford.  Argument was heard, and for good cause shown, the court finds the motion should be granted.  Therefore,

    **IT IS ORDERED:**

    1.    The motion of Timothy L. Ashford for leave to withdraw as plaintiff's counsel [45] is granted.  The Clerk shall terminate the appearance of Timothy L. Ashford, remove Mr. Ashford from the electronic notification list for this case, and enter the plaintiff's appearance pro se.

    2.    Until substitute counsel enters an appearance, Trijidia E. Lomeli will be deemed to be proceeding pro se, i.e., without the assistance of counsel.  Trijidia E. Lomeli will be personally responsible for prosecuting this case on her own behalf in accordance with the Federal Rules of Civil Procedure, the Local Rules of Practice, and the schedules set by the court.  The federal rules are available at any law library, and the local rules are available at the office of the Clerk of Court, and also on the court's web site at www.ned.uscourts.gov.

3.	The plaintiff Trijidia E. Lomeli shall keep the court informed of her current address at all times while this case is pending.  Any failure to do so will constitute grounds for dismissal of this action without prejudice.

4.	The Rule 16 conference is continued to **Thursday, July 6, 2006 at 9:00 a.m.,** before the undersigned magistrate judge, in Courtroom 6, 2nd Floor of the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Dated this 22nd day of May 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge