IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TRIJIDIA E. LOMELI,** | ) | Case No. 8:05CV117 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **AMERICAN FAMILY INSURANCE GROUP, AMERICAN FAMILY MUTUAL INSURANCE COMPANY, JOHN DOES 1-10, and ALEGUNDA G. ESTRADA,** | ) ) ) ) ) | ORDER OF DISMISSAL |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion to Dismiss filed by Plaintiff Trijidia E. Lomeli. I have reviewed the motion and the minute entry for the Rule 16 Planning Conference at Filing No. 55. The Defendants have no objection to the motion. I conclude that the motion should be granted pursuant to Fed. R. Civ. P. 41(a)(2). Accordingly,

IT IS ORDERED:

1. The Motion to Dismiss (Filing No. 56) is granted;

2. The First Amended Complaint and all claims in this matter are dismissed without prejudice;

3. The parties shall pay their own costs and attorney's fees; and

4. The Clerk is directed to send a copy of this Order of Dismissal to the Plaintiff via United States mail.

DATED this 6th day of July, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge